ACCEPTED
14-15-00633-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
12/10/2015 4:41:57 PM
CHRISTOPHER PRINE
CLERK

# No. 14-15-00633-CV

**IN THE FOURTEENTH COURT OF APPEALS**
**OF HARRIS COUNTY OF TEXAS**

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
12/10/2015 4:41:57 PM
CHRISTOPHER A. PRINE
Clerk

*RANDY L. YESKE,*
*Appellant,*

*v.*

*PIAZZA DEL ARTE, INC. SWISS INTERNATIONAL, INC., d/b/a SWISS*
*BUILDERS, TINO BEKARDI, DAVID E. KASSAB AND PAUL GARNEY,*
*Appellees.*

**Appeal from the 164ᵗʰ Judicial District Court, Harris County, Texas**
**Trial Court Cause No. 2013-46578**

## APPELLANT'S FIRST MOTION FOR EXTENSION
## OF TIME TO FILE BRIEF

TO THE HONORABLE SUPREME COURT:

COMES NOW, Appellant RANDY L. YESKE file this his First Motion for Extension of Time to File Appellant's Brief, and would respectfully show:

### BACKGROUND

1.   The present deadline for filing Appellant's brief is December 14, 2015.

2.   Appellant seeks a thirty day extension of time, until January 13, 2016, to file Appellant's brief.

3.   This is the first request for an extension of time to file Appellant's brief.

4. This motion is <u>unopposed</u> by Appellees Swiss International Inc. d/b/a Swiss Builders, and Tino Bekardi . Counsel for David Kassab (and Piazza Del Arte, Inc. and Paul Garney) is representing his nephew. Because the underlying case is personal for counsel Lance Kassab, it is not possible to engage in professional communication. Mr. Kassab refuses to speak to counsel for Appellant.

5. The following grounds provide "good cause" for an extension of time to file Appellant's Brief. Lead appellate counsel for Appellant, Kenneth A. Zimmern, is engaged in other litigation with imminent deadlines that have prevented him from completing Appellant's Brief before the current deadline, including, but not limited to, the following:

- Preparation for, and participation in two evidentiary hearings in Applicant's Second Application for Appointment of Temporary Administration in Cause No. 441165; *In the Estate of Mary Olive Hull Calkins, Deceased;* In Probate Court No. 4 of Harris County, Texas.

- Preparation of, and filing of, Respondents' Brief on the Merits in the Supreme Court of Texas in Cause No. 14-1026; *Richard Stephen Calkins, as Agent-in-Fact for Mary Olive Calkins, and Michael Easton v. G. Wesley Urquhart, P.C. et a;* No. 01-13-00118-CV; (Tex. App.–Houston [1st Dist.] *appeal pending.*)

- Preparation for, and participation in hearings in Cause No. DC-14-11352; *John Key v. 701 Katy Building, LP, et al;* In the 101st Judicial District Court of Dallas County, Texas.

- Preparation for, and participation, in jury trial in Cause No. 1051505; *Quincy Sintim and Shirley Sintim v. Castle International Furniture Corporation d/b/a Castle Furniture;* In the County Civil Court at Law Number Two (2) of Harris County, Texas.

- Preparation for, and participation in hearing on a temporary restraining order in Cause No. 2015-69770; *High Impact Furniture Promotions, LLC. v. Ayman Refaie d/b/a Castle Furniture;* In the 165th Judicial District of Harris County, Texas.

6. This motion is not filed for the purpose of delay, but to allow counsel adequate time to prepare Appellant's brief.

7. This request for extension of time was a last resort and unavoidable.

**PRAYER.**

WHEREFORE, PREMISES CONSIDERED, Appellant RANDY L YESKE respectfully requests that the deadline for filing Appellant's Brief be extended to and including Wednesday, **January 13, 2016**.

Respectfully submitted,

ZIMMERN LAW FIRM, P.C.

*Kenneth A. Zimmern*
/s/_____
Kenneth A. Zimmern
State Bar No. 22276880
3700 Montrose Blvd.
Houston, Texas 77006
Telephone: (713) 529-4999
Facsimile: (713) 523-4747
attorney@zimmern.com
ATTORNEY FOR APPELLANT
RANDY L. YESKE

## CERTIFICATE OF CONFERENCE

In accordance with Rule 10.1 of the Texas Rules of Appellate Procedure, I certify that I spoke with or communicated with opposing counsel for Appellees Swiss International Inc., d/b/a Swiss Builders and Tino Bekardi is unopposed. Counsel for Appellees Piazza Del Arte' Inc., David E. Kassab, and Paul Garney is opposed, regarding this motion.

*Kenneth A. Zimmern*
/s/_____
Kenneth A. Zimmern


## CERTIFICATE OF COMPLIANCE

I hereby certify that Appellant the word count in this document is **429** words and it complies with the Texas Rules of Appellate Procedure. This motion is not a brief.

*Kenneth A. Zimmern*
/s/_____
Kenneth A. Zimmern


## CERTIFICATE OF SERVICE

I hereby certify that on this **10th** day of **December, 2015**, a true and correct copy of the above and foregoing First Motion for Extension of Time to File Appellant's Brief was properly forwarded to all counsel of record in accordance with Rule 9.5 of the Texas Rules of Appellate Procedure, by facsimile, as follows:

*Kenneth A. Zimmern*
/s/_____
Kenneth A. Zimmern

SERVICE LIST

Mr. M. Micah Kessler
NISTICO, CROUCH & KESSLER, P.C.
1900 West Loop South, Suite 800
Houston, Texas 77027
Tel. (713) 781-2889
Fax: (713) 781-7222
mkessler@nck-law.com
*Attorney for Appellees*
*Swiss International Inc., d/b/a*
*Swiss Builders and Tino Bekardi*

Mr. Lance Christopher Kassab
THE KASSAB LAW FIRM
1420 Alabama
Houston, Texas 77004
Tel. (713) 522-7400
Fax: (713) 522-7410
lck@texaslegalmalpractice.com
*Attorney for Appellees*
*Piazza Del Arte' Inc., David E. Kassab,*
*and Paul Garney*